Former decision, 561 U.S. 1032, 130 S. Ct. 3519, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5395.

---

**No. 09-10735. David Delgado, Petitioner v. United States.**

561 U.S. 1050, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5679.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 976, 130 S. Ct. 3437, 177 L. Ed. 2d 344, 2010 U.S. LEXIS 4919.

---

**No. 09-10745. In re Alton R. Marcum, Petitioner.**

561 U.S. 1050, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5657.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 951, 130 S. Ct. 3403, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4627.

---

**No. 09-10776. Gary Hallford, Petitioner v. Superior Court of California, Sacramento County, et al.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5680.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1032, 130 S. Ct. 3537, 177 L. Ed. 2d 1104, 2010 U.S. LEXIS 5465.

---

**No. 09-10856. Salem Fuad Aljabri, Petitioner v. United States.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5654.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1016, 130 S. Ct. 3484, 177 L. Ed. 2d 1075, 2010 U.S. LEXIS 5051.

---

**No. 09-10897. Shannon L. Clark, Petitioner v. William C. Sherrill, Jr., Magistrate Judge, United States District Court for the Northern District of Florida.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5647.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1033, 130 S. Ct. 3537, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5515.

---

**No. 09-10958. Donald A. Davis, Petitioner v. Department of Justice.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1140, 2010 U.S. LEXIS 5674.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1034, 130 S. Ct. 3524, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5506.